ACCEPTED
03-15-00561-CR
8127012
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 8:34:23 PM
JEFFREY D. KYLE
CLERK

CAUSE NO.    03-15-00561

| | | |
|---|---|---|
| **GARY RICHARD STIER** | * | **IN THE COURT OF APPEALS** |
| **Appellant** | * | |
| | * | |
| **VS.** | * | **THIRD DISTRICT** |
| | * | |
| **THE STATE OF TEXAS** | * | **AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 8:34:23 PM
JEFFREY D. KYLE
Clerk

## SECOND
## MOTION FOR EXTENSION OF TIME TO FILE LATE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes GARY RICHARD STIER, Appellant, by and through their attorney of record, who requests that the Court grant an extension of time to file Appellant's Brief and in support shows as follows:

I.

The deadline for filing Appellant's Brief was on December 7, 2015.

II.

Appellant is requesting an extension of fourteen days to complete Appellant's Brief because counsel for Appellant had experienced illness with himself and members of his family. Further, Appellant's counsel will have time to complete the brief in such time as Appellant's counsel jury trial was postponed.   Appellant's counsel is a sole practitioner and no other attorney can prepare the brief.   One prior request for other extensions have been filed by Appellants to date.

WHEREFORE, PREMISES CONSIDERED, Appellant requests an extension until December 21, 2015.

1

Respectfully submitted,

Cliff McCormack
Attorney for Appellant
174 S. Guadalupe, Suite 106
San Marcos, Texas 78666
Telephone: 512-353-3803
Fax: 512-353-7483
cliffwmccormack@gmail.com
SBN 00792683

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been delivered to Kathryn Scales via email on December 7, 2015.

Cliff McCormack